Hillsborough
No. 82-440

MARCELLE L. KINSELLA

v.

RAYMOND P. KINSELLA

June 15, 1983

*Gall, Shapiro & Groff*, of Nashua (*Leonard P. Shapiro* on the brief and orally), for the plaintiff.

*Winer, Pillsbury & Bennett*, of Nashua (*Robert W. Pillsbury* on the brief and orally), for the defendant.

MEMORANDUM OPINION

Pursuant to the parties' permanent stipulation in a 1979 divorce decree, the defendant was required to pay to the plaintiff monthly alimony in the amount of $650 for three years, the statutory period set forth in RSA 458:19. There were no minor children involved at the time of the divorce. Subsequently, the monthly alimony payment was reduced to $575. In 1982, after the initial alimony decree, as modified, had expired, the plaintiff filed a petition to extend alimony. After a hearing, the Master (*Larry B. Pletcher*, Esq.) recommended granting the extension in the amount of $475 per month for another three years, which the Superior Court (*Bean*, J.) approved.

Based upon the record, we find no abuse of discretion in granting an extension of alimony at a reduced rate in this case. *See Healey v. Healey*, 117 N.H. 618, 620–22, 376 A.2d 140, 142–43 (1977). We find the other issues raised by the defendant to be without merit.

*Affirmed.*